## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JUDY LUCAS,

    Plaintiff,

v.   Case No: 8:14-cv-942-T-30TBM

IASIS HEALTHCARE LLC and IASIS HEALTHCARE CORPORATION,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Joint Stipulation of Dismissal with Prejudice (Dkt. 17).  The parties have entered into a confidential settlement disposing of the Fair Labor Standards Act claims brought by the Plaintiff.  The Court, having reviewed the terms of the settlement agreement, hereby finds that the agreement represents a reasonable compromise of Plaintiff's claims pursuant to the Fair Labor Standards Act and otherwise satisfies the essential requirements of the law.  Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The settlement agreement is hereby **APPROVED**.

2. The case is **DISMISSED** with prejudice.

3. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of November, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record